IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SAMANTHA MARIE ESPARZA, § | | |
| INDIVIDUALLY AND AS NEXT § | | |
| FRIEND OF J.P., AND S.P., § | | |
| MINOR CHILDREN § | | |
| § | | |
| V. § | CIVIL ACTION NO. 5:23-CV-98 | |
| § | | |
| ANCELMO CASTILLO § | | |
| CONTRERAS, ALSO EXPRESS SA § | | |
| DE CV, AND ALSO EXPRESS § | | |
| LOGISTICS INC. § | | |

**ALSO EXPRESS LOGISTICS, INC., DEFENSES AND ANSWER TO PLAINTIFFS ORIGINAL PETITION SUBJECT TO MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Also Express Logistics, Inc., ("Defendant Also" or "Defendant"), by and through its attorney, Craig A. Lawrence Attorney At Law, P.C., who answers the "Plaintiffs Original Petition", by denying each and every allegation contained therein except as may hereafter be admitted, and would respectfully show the Court the following, to wit:

**I. ORIGINAL ANSWER**

1. Paragraph 1.1 of Plaintiffs' Original Petition contains allegations regarding state civil procedure which require no response.

2. Paragraph 2.1 contains allegations regarding the Plaintiffs about which

Defendant Also Express Logistics, Inc.'s Original Answer Subject to 12(b)(6) Motion
*Samantha Marie Esparza, et al. v. Ancelmo Castillo Contreras*
Page 1 of 6

Defendant has no information to either admit or deny.

3. Paragraph 2.2 contains biographical allegations regarding Defendant ANCELMO CASTILLO CONTRERAS about which the Defendant has no knowledge and thus can neither admit nor deny.

4. Paragraph 2.3 contains allegations regarding Defendant ALSO EXPRESS SA DE CV, about which the Defendant has no knowledge and thus can neither admit nor deny.

5. Defendant admits the biographical allegations regarding the Defendant contained in Paragraph 2.4.

6. Defendant is without knowledge of the accident that forms the basis of the Plaintiffs' compliant and cannot, therefore, admit or deny the venue allegations contained in Paragraph 3.1.

7. Defendant is without knowledge of the biographical facts regarding the Plaintiffs contained in Paragraph 4.1 and can neither admit nor deny them.

8. Defendant denies that it ever employed ANCELMO CASTILLO CONTRERAS, and specifically that it employed him on September 1, 2021, as stated in Paragraph 5.1. Defendant further denies that it took any action (or inaction) whatsoever with regard to the events described in Paragraph 5.1, thus Defendant denies that it was in any way negligent. The Defendant is without knowledge with regard to the remaining factual allegations contained in Paragraph 5.1 and can neither admit nor deny them.

9. Defendant is without knowledge as to any of the acts or omission of

**Defendant Also Express Logistics, Inc.'s Original Answer Subject to 12(b)(6) Motion**
*Samantha Marie Esparza, et al. v. Ancelmo Castillo Contreras*
Page 2 of 6

Defendant ANCELMO CASTILLO CONTRERAS and thus cannot admit or deny any of the allegations contained in Paragraph 6.1.

10. Paragraph 6.2 contains legal allegations that require no response.

11. Defendant denies that it is the owner of the tractor truck driven by Defendant ANCELMO CASTILLO CONTRERAS at any time and specifically on September 1, 2021, as alleged in Paragraph 7.1. Defendant avers that Defendant ALSO EXPRESS SA DE CV owned the vehicle on the date in question. Defendant denies the remaining allegations of Paragraph 7.1.

12. Defendant denies that Defendant ANCELMO CASTILLO CONTRERAS was an agent, servant and/or employee of the Defendant at any time and specifically on September 1, 2021, as alleged in Paragraph 8.1. Defendant avers that Defendant ALSO EXPRESS SA DE CV employed Defendant ANCELMO CASTILLO CONTRERAS on the date in question. Defendant denies the remaining allegations of Paragraph 8.1.

13. Defendant denies that Defendant ANCELMO CASTILLO CONTRERAS ever engaged in any nondelegable duties of the Defendant at any time and specifically on September 1, 2021, as alleged in Paragraph 9.1. Defendant avers that Defendant ALSO EXPRESS SA DE CV employed Defendant ANCELMO CASTILLO CONTRERAS on the date in question. Defendant denies the remaining allegations of Paragraph 9.1.

14. Defendant denies that it is liable to Plaintiffs for any damages as alleged in Paragraph 10.1.

**Defendant Also Express Logistics, Inc.'s Original Answer Subject to 12(b)(6) Motion**
*Samantha Marie Esparza, et al. v. Ancelmo Castillo Contreras*
Page 3 of 6

15. Defendant denies that it is liable to Plaintiffs for any damages as alleged in Paragraph 10.2.

16. Defendant denies that it is liable to Plaintiffs for any damages as alleged in Paragraph 10.3.

17. Defendant denies that it is liable to Plaintiffs for any damages as alleged in Paragraph 11.1.

18. Paragraph 12.1 is procedural and does not require a response. However, Defendant denies that it is liable to Plaintiffs for any damages as alleged in Paragraph 12.1.

## II. AFFRIMATIVE DEFESNES

19. The accident and injuries alleged in Plaintiffs' Original Petitioner were caused by the negligence conduct of others, which constitutes a superseding, intervening cause of the accident for which the Defendant Also Express Logistics, Inc., has no liability.

20. Plaintiffs' claims may be barred or reduced as a result of Plaintiffs failure to mitigate their damages.

21. That the incident described in the Plaintiffs' Original Petition and any alleged damages sustained by Plaintiffs was caused either totally or partially by the negligence, comparative negligence, and contributory negligence of the Plaintiff driver, as further discovery will establish, and that any recovery by the Plaintiff must be reduced in whole or in part.

**Defendant Also Express Logistics, Inc.'s Original Answer Subject to 12(b)(6) Motion**
*Samantha Marie Esparza, et al. v. Ancelmo Castillo Contreras*
Page 4 of 6

22. That the Plaintiffs' by brining this case against Defendant Also Express Logistics, Inc. without sufficient factual basis or infestation, has committed fraud against Defendant Also Express Logistics, Inc. an this Court.

23. That Defendant Also Express Logistics, Inc., herein reserves the right to add further defenses as may be necessary throughout discovery of this case.

### III. JURY DEMAND

24. Defendant Also Express Logistics, Inc. hereby demands a jury and tenders any appropriate fee with the filing of this Original Answer subject to Motion to Dismiss Pursuant to Rule 12(b)(6).

### IV. PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED**, Defendant, Also Express Logistics, Inc., herein prays that this honorable court enter its judgment in favor of this Defendant, Also Express Logistics, Inc., and allow it all reasonable court costs and attorneys' fees incurred in defense of Plaintiff Original Petition.

Respectfully submitted,

CRAIG A. LAWRENCE
ATTORNEY AT LAW P.C.
6999 McPherson Road, Suite 325
Laredo, TX 78041
(956) 717-1961
(956) 717-2789 fax

By: ____/s/ Craig Lawrence_____
CRAIG A. LAWRENCE
Federal Id. No.: 620209
State Bar No. 12033900
craiglawlaredo@sbcglobal.net

Defendant Also Express Logistics, Inc.'s Original Answer Subject to 12(b)(6) Motion
*Samantha Marie Esparza, et al. v. Ancelmo Castillo Contreras*
Page 5 of 6

Attorney for Defendant
ALSO EXPRESS LOGISTICS, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served in accordance with the Federal Rules of Civil Procedure by the CM/ECF filing system on this 7th day of November, 2023, to the following:

Joe Reyna
Tamara Rodriguez
Vidaurri, Rodriguez & Reyna LLP
202 N 10th Avenue
Edinburg, TX 78541
Counsel for Defendants ANCELMO CASTILLO CONTRERAS
AND ALSO EXPRESS SA DE CV


Marco A. Salinas
KNICKERBOCKER, HEREDIA,
SALINAS & SALINAS, P.C.
468 Main Street
Eagle Pass, TX 78852-4598
Counsel for Plaintiffs SAMANTHA MARIE ESPARZA,
INDIVIDUALLY AND AS NEXT FRIEND OF J.P. AND S.P.
MINOR CHILDREN

By: ____/s/ Craig Lawrence_____
CRAIG A. LAWRENCE

Defendant Also Express Logistics, Inc.'s Original Answer Subject to 12(b)(6) Motion
*Samantha Marie Esparza, et al. v. Ancelmo Castillo Contreras*
Page 6 of 6