United States District Court
Southern District of Texas
**ENTERED**
January 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SAMANTHA MARIE ESPARZA | § | |
| *et al.* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-98 |
| | § | |
| ANCELMO CASTILLO | § | |
| CONTRERAS *et al.* | § | |

## ORDER

Pending before the Court is the United States Magistrate Judge's Report and Recommendation (the "Report") (Dkt. No. 14). On November 15, 2023, the Court ordered Plaintiffs' counsel, Marco A. Salinas, to show cause why the Court should not impose sanctions on him pursuant to Federal Rule of Civil Procedure 11(c) (Dkt. No. 10 at 10). The Court found that Mr. Salinas made a false factual representation in his filings with the Court and legal arguments that were unwarranted by existing law (*id.* at 9–10). On November 30, 2023, Mr. Salinas filed a response to the show cause order (Dkt. No. 13). After reviewing Mr. Salinas' response, the Magistrate Judge recommends in his Report that the Court impose upon Mr. Salinas a sanction of three (3) hours of certified continuing legal education (Dkt. No. 14 at 13).

No party filed an objection to the Report within the 14-day objection period. *See* Fed. R. Civ. P. 72(b)(2) (providing for the 14-day objection period). The Court thus reviews the Report for clear error. *See* Fed. R. Civ. P. 72(b); *Hack v. Wright*, 396 F.Supp.3d 720, 730 (S.D. Tex. 2019).

Having reviewed the Report and finding no clear error, the Court hereby **ADOPTS** the Report (Dkt. No. 14) **IN WHOLE**. Accordingly, the Court imposes the following sanction pursuant to Federal Rule of Procedure 11(c):

> Marco A. Salinas shall complete three (3) hours of Texas Bar Association certified continuing legal education on a subject or subjects related to federal practice and/or federal civil procedure. Mr. Salinas shall have six (6) months, or until Thursday, July 25, 2024, to complete these hours and shall present the Court with proof of completion on or before that same date.

It is so **ORDERED**.

**SIGNED** January 25, 2024.

Marina Garcia Marmolejo
United States District Judge